**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBORAH MEAGHER,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:08-cv-1367-Orl-22KRS**

**FISERV, INC.,**

        **Defendant.**

_____

## ORDER

On October 3, 2008 Defendant filed a Motion to Dismiss and to Compel Arbitration (Doc. No. 18). In response Plaintiff agreed to dismiss this action and to pursue her rights through arbitration (Doc. No. 22).

Based on the foregoing, it is ordered as follows:

1. This case is hereby DISMISSED without prejudice.

2. All pending motions are DENIED as moot.

3. The Clerk is directed to CLOSE the file

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge